Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IVA JEAN KING<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>Defendant. | CV 05-856-PK<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,217.84 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney . No costs are awarded to either party..

It is so ordered:

DATED 2 April 07

Michael W. Mosman
United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER